**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02430-WYD-KLM

VICKY WESLEY,

      Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

      Defendant.

---

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:    STELLAR RECOVERY, INC.
        c/o Bethany A. Johnson, Esq.
        Frank Greenhouse LLP
        511 - 16th Street, Suite 610
        Denver, CO 80202

      You are hereby notified that the Plaintiff, Vicky Wesley, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, Stellar Recovery, Inc., and attached as Exhibit 1.

      Judgment shall be entered in favor of the Plaintiff Vicky Wesley and against the Defendant Stellar Recovery, Inc. in the total amount of $5,000.00, said amount is inclusive of Plaintiff's attorney's fees and costs to date.

          Respectfully submitted,
          Vicky Wesley
          By Counsel,

          _s/ David M. Larson_____
          David M. Larson, Esq.
          88 Inverness Circle East, Suite I-101
          Englewood, CO 80112
          (303) 799-6895
          Attorney for the Plaintiff

### **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2012, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with Defendant's Offer of Judgment attached as Exhibit 1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    bjohnson@frankegreenhouse.com

I hereby certify that on October 17, 2012, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to 303-623-0960 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

    STELLAR RECOVERY, INC.
    c/o Bethany A. Johnson, Esq.
    Frank Greenhouse LLP
    511 - 16th Street, Suite 610
    Denver, CO 80202

          _____s/ David M. Larson_____