IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02430-WYD-KLM

VICKY WESLEY,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Offer of Judgment served on October 17, 2012 and the acceptance thereof filed on October 17, 2012, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is hereby

ORDERED that judgment is hereby entered for the Plaintiff, Vicky Wesley, and against the Defendant, Stellar Recovery, Inc., in the total amount of $5,000.00, said amount inclusive of Plaintiff's attorney's fees and costs to date.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $5,000.00 at the legal rate of 0.18% from the date of entry of Judgment.

DATED at Denver, Colorado this 19th day of October, 2012.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: s/ Edward P. Butler
                              Edward P. Butler,
                              Deputy Clerk